# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Amanda Beezley, et al.
                                Plaintiff,

v.                                              Case No.: 1:17–cv–07896
                                                       Honorable Charles R. Norgle Sr.

Fenix Parts, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2019:

      MINUTE entry before the Honorable Jeffrey Cole:Motion hearing held. Plaintiff's motion for class certification, motion to appoint class representatives, and motion to appoint class counsel are entered and continued generally. [116]. The joint motion to stay all discovery and related proceedings while the parties proceed to mediation is granted. However, the request to stay all discovery and all proceedings indefinitely is denied. Discovery and briefing on the pending motions is stayed until 3/21/2019 at which time the parties will report on the progress of their mediation efforts. If the parties have, before that date, obtained a mediation schedule, they should call chambers at 312–435–5601 and can provide the court with the mediation schedule and the status now set for 3/21/2019 will be vacated. If counsel has not called before 3/21/19, the status hearing will proceed on that date at 8:30 a.m.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.