**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| AMANDA BEEZLEY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FENIX PARTS, INC. KENT ROBERTSON, and SCOTT PETTIT, BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, and BARRINGTON RESEARCH ASSOCIATES, INC., <br><br> Defendant. | Civil Action No. 1:17-cv-07896 <br><br> Honorable Charles R. Norgle, Sr. <br><br> **November 15, 2019 Presentment Date** |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs Thomas Weeks, Douglas Barnard, and Keith B. White, on behalf of themselves and the Settlement Class (collectively "Lead Plaintiffs" or "Plaintiffs"), respectfully move to file Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement. In support of Plaintiffs' Motion, Lead Plaintiffs hereby submit their Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, and Declaration in Support of Motion.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

Dated: November 8, 2019

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*
Robert V. Prongay (admitted *pro hac vice*)
Ex Kano S. Sams II (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton (admitted *pro hac vice*)
Adam C. McCall (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
Email: amccall@zlk.com

**DITOMMASO, LUBIN,
 AUSTERMUEHLE, P.C.**
Vincent L. DiTommaso
Peter S. Lubin
17W220 22nd Street, Suite 410
Oakbrook Terrace, Illinois 60181
(630) 333-0000 Telephone
(630) 333-0333 Facsimile

*Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the forgoing document to be filed on November 8, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
