**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

AMANDA BEEZLEY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FENIX PARTS, INC. KENT ROBERTSON, and SCOTT PETTIT, BMO CAPITAL MARKETS CORP., STIFEL NICOLAUS & COMPANY, INC., BB&T CAPITAL MARKETS, and BARRINGTON RESEARCH ASSOCIATES, INC.,

Defendant.

Civil Action No. 1:17-cv-07896

Honorable Charles R. Norgle, Sr.

**November 15, 2019 Presentment Date**

**DECLARATION OF EX KANO S. SAMS II IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE OF THE SETTLEMENT**

I, Ex Kano S. Sams II, hereby declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner of the law firm of Glancy Prongay & Murray LLP, co-counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

2. Attached as Exhibit 1 is a true and correct copy of the Stipulation of Settlement executed by the parties in this action, along with the related exhibits.

3. Attached as Exhibit 2 is a true and correct copy of the firm resume for Glancy Prongay & Murray LLP.

4. Attached as Exhibit 3 is a true and correct copy of the firm resume for Levi & Korsinsky.

5. Attached as Exhibit 4 is a true and correct copy of Stefan Boettrich and Svetlana Starykh, Recent Trends in Securities Class Action Litigation: 2018 Full-Year Review (NERA Jan. 29, 2019).

6. Attached as Exhibit 5 is a true and correct copy of the company resume for JND Legal Administration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 8th day of November, 2019, at Los Angeles, California.

Ex Kano S. Sams II

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the forgoing document to be filed on November 8, 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II