**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMANDA BEEZLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FENIX PARTS, INC., KENT ROBERTSON, and SCOTT PETTIT,<br><br>Defendants. | Case No. 1:17-cv-7896<br><br>**Judge Charles Norgle**<br><br>Class Action |

## LEAD PLAINTIFFS' UNOPPOSED MOTION TO ENTER THE PRELIMINARY APPROVAL ORDER

Lead Plaintiffs Thomas Weeks, Douglas Barnard, and Keith B. White ("Plaintiffs") respectfully move the Court to enter the attached preliminary approval order. On November 8, 2019, Plaintiffs filed their motion for preliminary approval, attaching a Preliminary Approval Order with exhibits setting forth various deadlines relating to the Settlement. (Dkt. No. 131). Whereas, many of the deadlines are contingent on the date that the Preliminary Approval Order is entered or the date of the Settlement Hearing. (Dkt. No. 131-1). On November 14, 2019, the Court granted Plaintiffs' motion, but did not enter the Preliminary Approval Order or set a date for the Settlement Hearing. (Dkt. No. 133).

WHEREFORE, Lead Plaintiffs respectfully request that the Court enter the attached Preliminary Approval Order as is, and set a Settlement Hearing for March 6, 2020 at 10:30 a.m.

Date: November 22, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Peter S. Lubin
　　　　　　　　　　　　　　　　　　　　　Peter S. Lubin
　　　　　　　　　　　　　　　　　　　　　LUBIN AUSTERMUEHLE
　　　　　　　　　　　　　　　　　　　　　360 West Butterfield Road, Suite 325
　　　　　　　　　　　　　　　　　　　　　Elmhurst, IL 60126
　　　　　　　　　　　　　　　　　　　　　(630) 333-0002
　　　　　　　　　　　　　　　　　　　　　Email: Peter@L-A.law

　　　　　　　　　　　　　　　　　　　　　Nicholas I. Porritt (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　Adam M. Apton (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　Adam C. McCall (admitted pro hac vice)
　　　　　　　　　　　　　　　　　　　　　LEVI & KORSINSKY, LLP
　　　　　　　　　　　　　　　　　　　　　1101 30th Street NW, Suite 115
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007
　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 524-4290
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 333-2121
　　　　　　　　　　　　　　　　　　　　　Email: nporritt@zlk.com
　　　　　　　　　　　　　　　　　　　　　Email: aapton@zlk.com
　　　　　　　　　　　　　　　　　　　　　Email: amccall@zlk.com

　　　　　　　　　　　　　　　　　　　　　Robert V. Prongay
　　　　　　　　　　　　　　　　　　　　　Ex Kano S. Sams II
　　　　　　　　　　　　　　　　　　　　　GLANCY PRONGAY & MURRAY LLP
　　　　　　　　　　　　　　　　　　　　　1925 Century Park East, Suite 2100
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90067
　　　　　　　　　　　　　　　　　　　　　Tel.: (310) 201-9150
　　　　　　　　　　　　　　　　　　　　　Fax: (310) 201-9160
　　　　　　　　　　　　　　　　　　　　　Email: rprongay@glancylaw.com
　　　　　　　　　　　　　　　　　　　　　Email: esams@glancylaw.com

　　　　　　　　　　　　　　　　　　　　　*Lead Counsel for Lead Plaintiffs*