**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BEEZLEY v. FENIX PARTS, INC., *et al.* | Case No. 1:17-cv-07896 |
| | Honorable Charles R. Norgle |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs Thomas Weeks, Douglas Barnard, and Keith B. White, on behalf of themselves and the Settlement Class (collectively "Lead Plaintiffs" or "Plaintiffs"), respectfully move to file Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation. In support of Plaintiffs' Motion, Lead Plaintiffs hereby submit their Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, the Declaration of Ex Kano S. Sams II and Adam M. Apton in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation.

Respectfully submitted,

Dated: January 31, 2020  **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*
Robert V. Prongay (admitted *pro hac vice*)
Ex Kano S. Sams II (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com

1

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton (admitted *pro hac vice*)
Adam C. McCall (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
Email: amccall@zlk.com

**LUBIN, AUSTERMUEHLE, P.C.**
Peter S. Lubin
360 W Butterfield Rd #325
Elmhurst, IL 60126
(630) 333-0333 Telephone
(630) 445-1848 Facsimile

*Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the forgoing document to be filed on January 31, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II