**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BEEZLEY v. FENIX PARTS, INC., *et al.*

Case No. 1:17-cv-07896

Honorable Charles R. Norgle

**LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF LITIGATION EXPENSES**

Court-appointed Lead Counsel, Glancy Prongay & Murray LLP and Levi Korsinsky, LLP hereby respectfully move the Court for an Order: (i) awarding attorneys' fees to Lead Counsel; and (ii) reimbursing Lead Counsel's Litigation Expenses.[1] .

The grounds in support of this Motion are set forth fully in the concurrently filed Memorandum of Law in Support of Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the Declaration of Ex Kano S. Sams II and Adam M. Apton in Support of (I) Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and the exhibits attached thereto.

Respectfully submitted,

Dated: January 31, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Ex Kano S. Sams II*
Robert V. Prongay
Ex Kano S. Sams II
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (admitted *pro hac vice*)
Adam M. Apton (admitted *pro hac vice*)
Adam C. McCall (admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com
Email: amccall@zlk.com

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated November 6, 2019 (ECF No. 131-1).

2

**LUBIN, AUSTERMUEHLE, P.C.**
Peter S. Lubin
360 W Butterfield Rd #325
Elmhurst, IL 60126
(630) 333-0333 Telephone
(630) 445-1848 Facsimile

*Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the forgoing document to be filed on January 31, 2020, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys appearing in this matter.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
