# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Amanda Beezley, et al.

                              Plaintiff,

v.                                         Case No.: 1:17–cv–07896
                                           Honorable Charles R. Norgle Sr.

Fenix Parts, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2020:

 MINUTE entry before the Honorable Charles R. Norgle:Motion for final approval class action settlement and of plan of allocation [138] is granted. Motion for award of attorney fees and reimbursement of litigation expenses [140] is granted.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.